IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **DE'SEAN BUTTERFIELD**, individually and on behalf of all persons similarly situated,<br><br>**Plaintiff,**<br><br>v.<br><br>**TRIPLE CANOPY, INC.**, *et al.*,<br><br>**Defendants.** | Civil Action No.: 2:21-3610<br><br>**Jury Trial Demanded** |

## PLAINTIFF'S UNOPPOSED MOTION FOR APPROVAL OF COLLECTIVE ACTION SETTLEMENT

Plaintiff De'Sean Butterfield ("Butterfield" or "Plaintiff") individually and on behalf of all others similarly-situated hereby move pursuant to 29 U.S.C. § 216(b) for approval of the Collective Action Settlement Agreement reached between Plaintiff and Defendants. Plaintiff respectfully moves the Court, without opposition by Defendants, to grant the following relief:

1. Finally approve as fair, adequate and reasonable, the Settlement Agreement, a true and correct copy of which attached hereto as Exhibit C;

2. Approve under 29 U.S.C. § 216(b), for purposes of settlement only, the following conditionally-certified Settlement Class:

> Plaintiff De'Sean Butterfield and all other individuals who filed valid notices of consent to join this action (Opt-In Plaintiffs) (the "Settlement Class");

3. Approve Plaintiff De'Sean Butterfield as representative of the Settlement Class;

4. Approve Goodley McCarthy LLC and Morgan Rooks P.C. as Counsel for the Settlement Class ("Settlement Class Counsel");

5. Approve Settlement Class Counsel's attorney fees and costs in the amount of Forty Thousand Dollars ($40,000.00);

1

2

6.       Dismiss with prejudice the claims of the Settlement Class, subject to the Court retaining jurisdiction to enforce the terms of the Settlement Agreement.

Dated: January 21, 2023

/s/ James E. Goodley
James E. Goodley (PA 315331)
Ryan P. McCarthy (PA 323125)
GOODLEY MCCARTHY LLC
1650 Market Street, Suite 3600
Philadelphia, PA 19103
Telephone: (215) 394-0541
james@gmlaborlaw.com
ryan@gmlaborlaw.com

Franklin J. Rooks, Jr. (PA 309562)
MORGAN ROOKS, PC
525 Route 73 North, Suite 104
Marlton, NJ 08053
Telephone: (856) 874-8999
fjrooks@morganrooks.com

*Attorneys for Plaintiffs and the Settlement Class*