IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **DE'SEAN LAMAR BUTTERFIELD,** on behalf of himself and all persons similarly situated, *Plaintiff* | : : : : : | **CIVIL ACTION** **NO. 21-3610** |
| v. | : : | |
| **TRIPLE CANOPY, INC. *et al.*,** *Defendants* | : : : | |

# ORDER

**AND NOW**, this 23rd day of January 2023, upon consideration of Plaintiff's *Unopposed Motion for Approval of Collective Action Settlement*, and its accompanying memorandum of law in support, [ECF 40], it is hereby **ORDERED** that, for the reason set forth in Plaintiff's memorandum, Plaintiff's unopposed motion is **GRANTED** as follows:

1. The Settlement Agreement and the accompanying memorandum of law in support of the unopposed motion for approval of the collective action settlement are incorporated in this **ORDER**;

2. The Settlement Agreement is **APPROVED** as a fair, adequate, and reasonable resolution of a bone-fide dispute;

3. The following Settlement Class is **APPROVED** for purposes of settlement *only*, under 29 U.S.C. § 216(b):

> Plaintiff De'Sean Butterfield and all other individuals who filed valid notices of consent to join this action (Opt-In Plaintiffs) (the "Settlement Class");

4. Plaintiff De'Sean Butterfield is **APPROVED** as the representative of the Settlement Class;

5. Goodley McCarthy LLC and Morgan Rooks PC are **APPROVED** as Counsel

for the Settlement Class ("Settlement Class Counsel");

6. Settlement Class Counsel's attorney fees and costs are **APPROVED** in the amount of Forty Thousand Dollars ($40,000.00); and

7. The claims of the Settlement Class are **DISMISSED**, with prejudice, subject to the Court retaining jurisdiction to enforce the terms of the Settlement Agreement.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*